UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. L. HOWZE,<br><br>         Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>         Defendants. | No. 2:18-cv-3075 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 13. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 26, 2020, are adopted in full; and

2. This action is dismissed without prejudice as duplicative of plaintiff's claims pending in Howze v. Orozco, et al. Case No. 2:16-cv-1738 JAM AC P (E.D. Cal.).

DATED: May 11, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

1